In the Matter of THOMAS EDWARD SHEA, an Attorney.— Motion for reinstatement granted. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

LEE SHUBERT et al. v. COLUMBIA PICTURES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 751.]

In the Matter of JAMES T. MCNAMARA, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 877.]

In the Matter of VITO MARCANTONIO, Individually and as Chairman of the State Committee and the New York County Committee of the American Labor Party, et al., Respondents, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN A. MULLEN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Leave to the appellants to appeal to the Court of Appeals granted. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [192 Misc. 868.]

In the Matter of ALBERT L. DONNELLON, as Chairman of the Independent Party Heretofore Designated as the UNITED LABORITE PARTY, et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Leave to the appellants to appeal to the Court of Appeals granted. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [193 Misc. 97.]

In the Matter of VITO MARCANTONIO, Individually and as Chairman of the State Committee and the New York County Committee of the American Labor Party, et al., Respondents, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN A. MULLEN et al., Appellants.— Motion granted. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of ALBERT L. DONNELLON, as Chairman of the Independent Party Heretofore Designated as UNITED LABORITE PARTY, et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents.— Motion granted. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

## (October 18, 1948.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LOEFFLER, JR., Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

ARTHUR G. BREST, Appellant, v. BROSLAN JEWELRY COMPANY, INC., Respondent.— It was error to direct a nonsuit upon the ground that the evidence established that plaintiff was guilty of contributory negligence as a matter of law. (See *Hente* v. *Shercoop Corp.*, 289 N. Y. 140; *Heimer* v. *Stento,* 270 App. Div. 665; *Richards* v. *Robert Corp.*, 271 App. Div. 924, affd. 297 N. Y. 605; *Barnett* v. *41–43 East 28th St. Corp.*, 271 App. Div. 749.) Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.